THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME WILLIAMS, Appellant, v EDWARD R. DONNELLY, as Superintendent of Wende Correctional Facility, Respondent.

Submitted October 14, 2003; decided December 2, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for poor person relief dismissed as academic.

---

RED APPLE CHILD DEVELOPMENT CENTER, Appellant, v COMMUNITY SCHOOL DISTRICTS Two et al., Respondents.

Submitted September 12, 2003; decided December 2, 2003

Motion by the Red Apple Child Development Center Parents Association for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

---

In the Matter of the Claim of FRANK ROMANO, Appellant, v NEW YORK CITY DEPARTMENT OF CORRECTIONS, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted September 29, 2003; decided December 2, 2003

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602).